IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 15-193-01 |
| | : | |
| CESAR MENDEZ-RAMOS | : | |

## **ORDER**

**AND NOW**, this 7th day of October, 2015, upon consideration of Defendant Cesar Mendez-Ramos's Motion to Dismiss Indictment (Docket No. 41), **IT IS HEREBY ORDERED** that the Motion is **WITHDRAWN** for the reasons stated on the record by Defendant's counsel during the Hearing held on October 7, 2015.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.